**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
*SOUTHERN DIVISION*

| | |
|---|---|
| HOSPIRA, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No: GJH-14-02662 |
| SYLVIA MATHEWS BURWELL, *et al.* ) | _____ |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

## DECLARATION OF MARTIN FOURNIER

I, Martin Fournier, make this declaration in support of Sandoz Inc.'s Memorandum of Points and Authorities in Opposition to the Motions to Reconsider the Court's August 19, 2014 Order . I make this declaration to the best of my knowledge, information and belief based on facts known or made available to me in the course of my professional responsibilities.

1. My name is Martin Fournier. I am currently employed by Sandoz Canada Inc. in Boucherville, Québec, Canada, as its Vice-President, Finance and Management Information Systems.

2. I have been Vice-President, Finance and MIS since 2009. I joined Sandoz in 2006 as Director, Information and Financial Accounting, and I have over 17 years of diverse project management experience in the field of accounting and finance, mainly within businesses in the manufacturing sector. Before joining Sandoz, I held various positions in accounting firms at the auditing and consulting levels, most recently at Deloitte as Senior Director, Management and Technology Consulting.

   3. As set forth in the Declaration of Scott A. Smith, Sandoz has expended significant resources to secure its first-filer opportunity for dexmedetomidine injection.  I make this declaration to provide additional facts in that regard.

   4. To achieve first-filer status and to develop dexmedetomidine for the generic market involved a significant personnel investment on behalf of Sandoz.  Over **[REDACTED]** people worked on this project.  Based on information I have reviewed, Sandoz invested approximately **[REDACTED]** from initiation of the project to the filing of its ANDA, including regulatory and R&D efforts, and invested still more human capital thereafter -- approximately **[REDACTED]** were invested on this project at Sandoz from the April 2009 filing to this day.

 I hereby declare under the penalty of perjury under the laws of the United States of America the that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  August 22, 2014
     Boucherville, Québec, Canada

                    Martin Fournier