## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### *Southern Division*

| | | |
|---|---|---|
| Hospira, Inc. | * | |
| Plaintiff, | * | |
| v. | * | |
| Sylvia Mathews Burwell, et al. | * | Case No. GJH-14-02662 |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **NOTICE OF APPEAL**

Notice is hereby given that plaintiff Hospira, Inc. appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment of this Court (ECF No. 123) entered in this case on the 5th day of September 2014.

                                                Respectfully submitted,

Dated: September 5, 2014          */s/ Ralph S. Tyler*
                                                Paul F. Strain (Bar No. 01255)
                                                pfstrain@venable.com
                                                Ralph Tyler (Bar No. 01747)
                                                rtyler@venable.com
                                                John A. McCauley (Bar No. 05031)
                                                jmccauley@venable.com
                                                Maggie T. Grace (Bar No. 29905)
                                                mtgrace@venable.com
                                                VENABLE LLP
                                                750 East Pratt Street, Suite 900
                                                Baltimore, Maryland  21202
                                                (410) 244-7400
                                                Fax:  (410) 244-7742

                                                *Attorneys for Plaintiff Hospira, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of September, 2014, a copy of the foregoing NOTICE OF APPEAL is available for viewing from the Court's ECF system. Notice of this filing will be sent to all counsel of record via the Court's ECF system.

                                                               */s/ Ralph S. Tyler*
                                                               Ralph S. Tyler